THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGENCY APARTMENTS VANCOUVER LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE SHERWIN-WILLIAMS COMPANY, <br><br> Defendant. | CASE NO. C20-5026-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue certain discovery deadlines (Dkt. No. 34). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion.

The parties request that the Court continue Plaintiff's expert disclosure deadline until January 3, 2021, Defendants' expert disclosure deadline until February 1, 2021, the rebuttal expert disclosure deadline until March 1, 2021, and the discovery deadline until April 1, 2021. (*See* Dkt. No. 34 at 2.) Finding good cause, the Court GRANTS those requests. However, the parties' stipulation does not address the dispositive motions deadline, which is currently scheduled for March 3, 2021, several weeks *before* the parties' proposed discovery deadline.

(*See* Dkt. No. 14 at 1.) Although the parties "are not requesting to change the trial date," (Dkt. No. 34 at 3), the Court is inclined to continue the trial *sua sponte* if the parties intend to move to extend the dispositive motions deadline, so that the Court can address any pending dispositive motions sufficiently in advance of trial.

Accordingly, the Court ORDERS as follows:

1. The parties are DIRECTED to meet and confer about the remainder of the case schedule, including the dispositive motions deadline and the trial date, and to submit a joint motion outlining their position within 14 days of the date of this order. If the parties cannot agree, they may include their positions in separate paragraphs and the Court will resolve the dispute(s).
2. Plaintiff's expert disclosure deadline is CONTINUED until January 3, 2021.
3. Defendants' expert disclosure deadline is CONTINUED until February 1, 2021.
4. The rebuttal expert disclosure deadline is CONTINUED until March 1, 2021.
5. The discovery deadline is CONTINUED until April 1, 2021.

DATED this 2nd day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk