THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGENCY APARTMENTS VANCOUVER LLC, | CASE NO. C20-5026-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 42). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims with prejudice, including all third-party claims and all counterclaims, and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 42.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice, without costs to any party and with each party to bear its own attorney fees and other litigation expenses.

1   The Clerk is DIRECTED to close this case.

2       DATED this 25th day of May 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk